

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-20-00331-CV
_____

BILLY LEWIS, APPELLANT

V.

THE COUNTY OF MILAM, TEXAS, APPELLEE

On Appeal from the 20th District Court
Milam County, Texas
Trial Court No. CV-39,828, John Youngblood, Presiding

December 22, 2020

MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellant, Billy Lewis, an inmate proceeding pro se, filed a notice of appeal from the trial court's judgment without paying the required filing fee. By letter of November 24, 2020, we notified Lewis that the filing fee had not been paid and directed him to pay the fee or, in lieu thereof, to comply with chapter 14 of the Civil Practice and Remedies Code by filing an affidavit of indigence, an affidavit describing his previous filings, and a certified copy of his inmate trust account statement. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 14.002(a), 14.004 (West 2017). We advised Lewis that the appeal was subject to dismissal if he did not comply by December 4, 2020. We later granted him an extension

until December 18, 2020. Lewis has since filed an affidavit of indigence and a certified copy of his inmate trust account statement but has not filed an affidavit describing his previous filings to date.

The requirement to pay the filing fee or tender the documents required by chapter 14 is mandatory, and the lack thereof is grounds for dismissal. *See In re Johnson*, No. 07-16-00354-CV, 2016 Tex. App. LEXIS 11841, at *1–2 (Tex. App.—Amarillo Nov. 1, 2016, orig. proceeding) (per curiam) (mem. op.). Because Lewis has failed to pay the filing fee or comply with the requirements of chapter 14 within the time provided for compliance, we dismiss his appeal.

Per Curiam